IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2867-STV

**ANTHONY EDWARDS**, Individually and on Behalf of All Others Similarly Situated,
 Plaintiff,

v.

**HUDSPETH & ASSOCIATES, INC.**,
 Defendant.

---

## JOINT NOTICE OF SETTLEMENT
---

 The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff, individually and on behalf of all others similarly situated, and Defendant have reached a settlement in principle that will resolve all the claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file a Joint Motion for Approval of Settlement within forty-five (45) days from the filing of this Joint Notice of Settlement.

Respectfully submitted,

**ANTHONY EDWARDS, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

/s/ April Rhéaume
April Rhéaume
Ark. Bar No. 2015208
april@sanfordlawfirm.com

Josh Sanford
Colo. Bar No. 44358
josh@sanfordlawfirm.com

**HUDSPETH & ASSOCIATES, INC.**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

4520 Main Street, Suite 400
Kansas City, Missouri 64111
Telephone: 816-471-131
Facsimile: 816-471-1303

*/s/ Patrick F. Hulla*
Patrick F. Hulla
Missouri Bar No. 41745
patrick.hulla@ogletree.com