# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Anthony Edwards, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiff,

v.

Civil Action No. 1:20-cv-2867

Hudspeth & Associates, Inc.,

    Defendant.

## JOINT REPORT REGARDING STATUS OF SETTLEMENT

Consistent with the Court's Minute Order (Doc. 21), the parties submit this Joint Report Regarding Status of Settlement:

The parties have settled this case. (*See* Doc. 18, Joint Notice of Settlement.) Counsel for Plaintiff and for Defendant have exchanged additional drafts of a settlement agreement and related documents, but they need additional time to finalize them.

The parties respectfully suggest that the Court issue an order directing the parties to file either their settlement papers or another status report by May 10, 2021.

Respectfully submitted:

| | |
|---|---|
| **SANFORD LAW FIRM** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.** |
| */s/ April Rhéaume* | */s/ Patrick F. Hulla* |
| April Rhéaume | Patrick F. Hulla, MO 41745 |
| Ark. Bar No. 2015208 | 4520 Main Street, Suite 400 |
| april@sanfordlawfirm.com | Kansas City, MO  64111 |
| Josh Sanford | Telephone:  816-471-1301 |
| Colo. Bar No. 44358 | Facsimile:  816-471-1303 |
| josh@sanfordlawfirm.com | patrick.hulla@ogletree.com |
| Kirkpatrick Plaza | |
| 10800 Financial Centre Pkwy, Ste. 510 | **Attorney for Defendants** |
| Little Rock, Arkansas 72211 | |
| Telephone: (501) 904-1655 | |
| Facsimile: (888) 787-2040 | |
| | |
| **Attorneys for Plaintiffs** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th of April 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent an electronic notice to:

April Rhéaume
SANFORD LAW FIRM
Ark. Bar No. 2015208
april@sanfordlawfirm.com
Josh Sanford
Colo. Bar No. 44358
josh@sanfordlawfirm.com
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 904-1655
Facsimile: (888) 787-2040

ATTORNEYS FOR PLAINTIFF

/s/ Patrick F. Hulla
**ATTORNEY FOR DEFENDANT**

46811319.1