IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Anthony Edwards, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiff,

v.

Hudspeth & Associates, Inc.,

    Defendant.

Civil Action No. 1:20-cv-2867

## JOINT NOTICE REGARDING SETTLEMENT

COME NOW Plaintiff Anthony Edwards and Defendant, Hudspeth & Associates, Inc., by and through their undersigned counsel, and for their Joint Notice Regarding Settlement, state as follows:

1. On May 21, the Parties moved this Court for approval of the settlement reached between them.

2. In its Order on May 26, this Court expressed doubt as to whether its approval was necessary for the Parties to achieve the aims of their settlement.

3. The Court instructed the Parties to prepare a Notice indicating whether or not the Parties continue to seek the Court's approval of the settlement.

4. The Court further instructed the Parties that, should approval not be sought moving forward, the Parties should indicate in their Notice that they stipulate to dismissal pursuant to Rule 41(a)(1)(A)(ii).

5. The purpose of this Notice is to inform the Court that approval is no longer sought for the Parties' settlement. However, the Parties request that the Court retain jurisdiction over the matter for the limited purpose of enforcing the settlement, if needed.

6. The Parties intend to file a Stipulation of Dismissal once their updated settlement agreement is executed, which the Parties anticipate will be within one week. The Stipulation of Dismissal will request that the Court retain jurisdiction over the matter for 90 days.

Respectfully submitted:

| SANFORD LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C. |
|---|---|
| */s/ April Rhéaume* <br> April Rhéaume <br> Ark. Bar No. 2015208 <br> april@sanfordlawfirm.com <br> Josh Sanford <br> Col. Bar No. 44358 <br> josh@sanfordlawfirm.com <br> Kirkpatrick Plaza <br> 10800 Financial Centre Pkwy, Ste. 510 <br> Little Rock, Arkansas 72211 <br> Telephone: (501) 904-1655 <br> Facsimile: (888) 787-2040 <br><br> **Attorneys for Plaintiff** | */s/ Patrick F. Hulla* <br> Patrick F. Hulla, MO 41745 <br> 4520 Main Street, Suite 400 <br> Kansas City, MO  64111 <br> Telephone:  816-471-1301 <br> Facsimile:  816-471-1303 <br> patrick.hulla@ogletree.com <br><br> **Attorney for Defendant** |