IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Anthony Edwards, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiff,

v.

                                Civil Action No. 1:20-cv-2867

Hudspeth & Associates, Inc.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Anthony Edwards and Defendant Hudspeth & Associates, Inc., by and through their undersigned counsel, and for their Joint Stipulation of Dismissal with Prejudice, state as follows:

1. The Parties have reached a Settlement Agreement which resolves all claims brought in this lawsuit.

2. The Parties request that the Court administratively close the case, retaining jurisdiction until September 1 to enforce the terms of the settlement agreement, if necessary.

3. Therefore, the Parties ask the Court to dismiss this case with prejudice pursuant to this Stipulation.

Respectfully submitted:

| | |
|---|---|
| **SANFORD LAW FIRM, PLLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.** |
| */s/ April Rhéaume*<br>April Rhéaume<br>Ark. Bar No. 2015208<br>april@sanfordlawfirm.com<br>Josh Sanford<br>Col. Bar No. 44358<br>josh@sanfordlawfirm.com<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Ste. 510<br>Little Rock, Arkansas 72211<br>Telephone: (501) 904-1655<br>Facsimile: (888) 787-2040 | */s/ Parick F. Hulla*<br>Patrick F. Hulla, MO 41745<br>4520 Main Street, Suite 400<br>Kansas City, MO 64111<br>Telephone: 816-471-1301<br>Facsimile: 816-471-1303<br>patrick.hulla@ogletree.com |
| **Attorneys for Plaintiff** | **Attorney for Defendant** |